UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JAVIER DE JESUS AGUILAR, <br><br> Petitioner, <br><br> v. <br><br> BRIAN ENGLISH, SAM OLSON, TODD LYONS, KRISTI NOEM, PAMELA BONDI, and JOSEPH B. EDLOW, <br><br> Respondents. | CAUSE NO. 3:25-CV-898-DRL-SJF |

## ORDER

Javier De Jesus Aguilar, by counsel, filed an amended motion for order to show cause (ECF 6) to correct an error in the original motion (ECF 3). Therefore, the court STRIKES the original motion (ECF 3), but it shall remain part of the record and accessible as such, and GRANTS the motion (ECF 6) to the extent detailed in the order to show cause (ECF 4).

SO ORDERED on November 6, 2025.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge