UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JAVIER DE JESUS AGUILAR, <br><br> Petitioner, <br><br> v. <br><br> BRIAN ENGLISH, SAM OLSON, TODD LYONS, KRISTI NOEM, PAMELA BONDI, JOSEPH B. EDLOW, <br><br> Respondents. | CAUSE NO. 3:25-CV-898-DRL-SJF |

ORDER

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 was granted in part, ordering respondents to release Javier de Jesús Aguilar immediately from custody under the same conditions that existed before his detention. ECF 16. The petitioner has since been released. ECF 17. The court, therefore, DIRECTS the clerk to enter judgment and to close this case.

SO ORDERED.

December 5, 2025                                  *s/ Damon R. Leichty*
                                                                  Judge, United States District Court